IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YOSVEL MACHIN-ROMERO, | § | |
| | § | |
|   Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-322-KC |
| | § | |
| WARDEN, ERO EL PASO CAMP EAST MONTANA et al., | § | |
| | § | |
|   Respondents. | § | |

## ORDER

On this day, the Court considered Yosvel Machin-Romero's Petition for a Writ of Habeas Corpus, ECF No. 1. On February 5, 2026, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted. Feb. 5, 2026, Order 2, ECF No. 3. Respondents were to specify: the circumstances that make Machin-Romero's removal likely, what concrete steps and obstacles remain to effectuate removal, and the anticipated timeline for completion. *Id.*

Machin-Romero is a Cuban citizen who is subject to a final order of removal following a denial of his asylum application in 2020. Pet. ¶ 1, ECF No. 1; Resp. Ex. A ("Garite Decl.") ¶¶ 10–11, ECF No. 7-1. Because he could not be removed, Immigration and Customs Enforcement ("ICE") released him under an Order of Supervision ("OSUP"). Garite Decl. ¶ 13. On November 4, 2025, Machin-Romero's OSUP was revoked and he was re-detained. *Id.* ¶ 17. On January 15, 2026, Enforcement and Removal Operations ('ERO") "nominated" Machin-Romero "for return to Cuba[] through ICE air operations." *Id.* ¶ 20. ERO checked on the status of this request on January 30 and February 5, but they are still awaiting "approval from the Cuban government." *Id.* ¶¶ 21–22.

Accordingly, Respondents are **ORDERED** to **FILE** a status update by **no later than March 13, 2026**, specifying:

(1) Whether the Cuban government has agreed to accept Machin-Romero for removal,

(2) If not, what obstacles remain to effectuating Machin-Romero's removal, including issuance of travel documents,

(3) If Cuba has denied the request, what, if any, concrete steps have been taken to lawfully remove Machin-Romero to a third country, and

(4) The anticipated timeline for Machin-Romero's removal from the United States.

**SO ORDERED**.

**SIGNED** this 20th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE